UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAPITAL RECORDS, INC., et al.**     )<br>    **Plaintiffs,**                  )<br>                                    )<br>    v.                              )<br>                                    )<br>**NOOR ALAUJAN, et al.**              )<br>    **Defendants.**                  ) | C.A. No.<br>03-cv-11661<br>LEAD DOCKET NUMBER |

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a   )<br>Delaware corporation; SONY MUSIC       )<br>ENTERTAINMENT INC., a Delaware corporation; )<br>VIRGIN RECORDS AMERICA, INC., a California  )<br>corporation; BMG MUSIC, a New York general  )<br>partnership; and ARISTA RECORDS, INC., a    )<br>Delaware corporation;                       )<br>    Plaintiffs,                             )<br>                                            )<br>    v.                                      )<br>                                            )<br>PATRICIA O'CONNOR,                          )<br>    Defendants.                             ) | C.A. No.<br>04-11847-NG |

**ORDER OF CONSOLIDATION**
August 30, 2004

The above case (C.A. No. 04-11847) is **ORDERED** consolidated under the **lead case, docket number 03-11661-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet.

**All future pleadings and submissions shall be filed only under the lead case number 2003-11661-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: August 30, 2004**                              <u>s/NANCY GERTNER, U.S.D.J.</u>